**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Rodrequis Armani COUNCIL,**
**Defendant—Appellant.**

**No. 08–5186.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 12, 2009.

Decided: Sept. 10, 2009.

Claire J. Rauscher, Executive Director, Raquel K. Wilson, Federal Defenders of Western North Carolina, Inc., Asheville, North Carolina, for Appellant. Edward R. Ryan, Acting United States Attorney, Adam Morris, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodrequis Armani Council was convicted of interfering with interstate commerce by robbery, in violation of the Hobbs Act, 18 U.S.C. § 1951 (2006), and use of a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii) (2006). The district court sentenced Council to 100 months' imprisonment. Council timely appealed, challenging the constitutionality of the Hobbs Act as applied to his case.

The Hobbs Act contains a jurisdictional element requiring a case-by-case determination regarding whether the defendant's conduct impacted interstate commerce. This jurisdictional requirement can be established by a minimal effect on interstate commerce. *See* 18 U.S.C. § 1951(a) (2006); *United States v. Williams,* 342 F.3d 350, 354 (4th Cir.2003). Our review of the record shows that there was sufficient evidence to establish jurisdiction to prosecute.

Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*